Argued and submitted January 27, reversed September 10, 1986

STATE OF OREGON,
*Respondent,*

*v.*

DUANE WINISHUT,
*Appellant.*

(2384; CA A33805)

725 P2d 410

Jack L. Schwartz, Portland, argued the cause and filed the brief for appellant.

Linda DeVries Grimms, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

Rossman, J., specially concurring.

**ROSSMAN, J.,** specially concurring.

I specially concur for the same reasons stated in my special concurrence in *State v. Jim,* 81 Or App 189, 725 P2d 372 (1986).